FILED-MAIL
2016 DEC 22 AM 10:47
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Phone: 920.231.2150
Fax: 920.231.5713
E-Mail info@ch13oshkosh.com
Website: www.ch13oshkosh.com

**REBECCA R. GARCIA**
*Chapter 13 Trustee in Bankruptcy*
**EASTERN DISTRICT OF WISCONSIN**
P O Box 3170
Oshkosh, WI 54903-3170

December 19, 2016

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
514 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Unclaimed Funds**

Dear Unclaimed Court:

Enclosed please find our check # 531080 in the amount of $980.32 which is being sent to you as unclaimed funds. These funds are from:

| Case Number | Debtor 1 | Debtor 2 | Amount |
|---|---|---|---|
| 11-36121-SVK | WAYNE D POSSELT | MEREDITH A BIERI | $980.32 |

Funds were originally sent to the creditor MYRA BIERI. Our payment was returned by the postal office without a forwarding address. We have made attempts to contact MYRA BIERI without success. Should you have any questions or need further information, please contact me at (920) 231-2150 ext 113. The last address we had for MYRA BIERI is 511 GROVE ST WAUTOMA, WI 54982.

Sincerely,

Kalina N Xiong
Chapter 13 Assistant

Enclosure: Check #531080